**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HEALTH PAYER CONSORTIUM LLC,<br>Plaintiff,<br>v.<br>FIRST BRANDS GROUP, LLC,<br>Defendant. | Case No.: 4:25-cv-00576-HEA |

**NOTICE OF SCHEDULING CONFERENCE ATTENDEE**

COMES NOW Plaintiff Health Payer Consortium, LLC, by and through the undersigned counsel, and in accordance with this Court's Order Setting Rule 16 Conference, states as follows:

1. Plaintiff's counsel Alex Lindley will be participating in the June 20, 2025 Rule 16 Conference call. Mr. Lindley can be reached at (314) 392-5200.

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

BY: */s/ Alexander J. Lindley*
Brian E. McGovern, #34677MO
Alexander J. Lindley, #71053MO
bmcgovern@mlklaw.com
alindley@mlklaw.com
825 Maryville Centre Drive, Suite 300
Town and Country, MO 63017
Phone: (314) 392-5200
Fax: (314) 392-5221

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of June, 2025, the foregoing was filed electronically via the Court's CM/ECF system, effecting service upon all counsel of record.

/s/ *Alexander J. Lindley*